UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GEORGE CONNICK and PAMELA S. MACBRAYNE, :
:
               Plaintiffs, :
: 21-CV-5222 (JMF)
   -v- :
: ORDER
:
AMERICAN ACADEMY MCALLISTER INSTITUTE :
OF FUNERAL SERVICES, INC., :
:
               Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties should be prepared to address Plaintiffs' motion to compel discovery, ECF No. 38, at the pretrial conference scheduled for **May 2, 2022,** which is **MOVED** to **4:00 p.m.** and will be held **remotely by telephone** in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      The Clerk of Court is directed to terminate ECF No. 38.

      SO ORDERED.

Dated: April 27, 2022
      New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge