```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GEORGE CONNICK et al.,                                            :
                                                                  :
                                  Plaintiffs,                     :
                                                                  :          21-CV-5222 (JMF)
               -v-                                                :
                                                                  :               ORDER
AMERICAN ACADEMY MCALLISTER INSTITUTE                             :
OF FUNERAL SERVICES, INC.,                                        :
                                                                  :
                                  Defendant.                      :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendant shall produce the discovery ordered by the Court by **May 9, 2022**;

- Defendant shall file any motion for summary judgment by no later than **June 8, 2022**;

- Plaintiffs shall file their combined cross-motion and opposition of no more than 25 pages by **July 8, 2022**;

- Defendant shall file its combined opposition and reply of no more than 25 pages by **August 5, 2022**; and

- Plaintiffs shall file their reply of no more than 10 pages by **August 12, 2022**.

SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge